# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DYSON, INC. and <br> DYSON TECHNOLOGY LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> SHARKNINJA OPERATING LLC <br> SHARKNINJA SALES COMPANY, <br><br> *Defendants*. | Case No. 14-cv-779 <br><br> Judge John W. Darrah <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF JOHN C. EVANS

I, John C. Evans, an attorney duly licensed to practice before all courts of the State of Ohio and admitted *Pro Hac Vice* to practice before this Court in this action (Dkt. 19), declare under penalty of perjury that:

1. I am an associate at Jones Day, and one of the attorneys of record for Defendants SharkNinja Operating LLC and SharkNinja Sales Company (collectively "SharkNinja"). I submit this declaration in support of SharkNinja's Opening Claim Construction Brief pursuant to the Court's Scheduling Order (Dkt. 136) and Local Patent Rule 4.2(a).

2. Attached to this declaration are true and correct copies of the following documents cited in SharkNinja's Opening Claim Construction Brief:

- Exhibit 1: SharkNinja Design Patent, U.S. Patent No. D731,720
- Exhibit 2: SharkNinja Design Patent, U.S. Patent No. D738,584
- Exhibit 3: Dyson Utility Patent, U.S. Patent No. 8,302,250
- Exhibit 4: Excerpts from Deposition Transcript of Charles Mauro, dated January 27, 2015

- Exhibit 5:  Dyson Utility Patent Application, U.S. Patent App. Pub. No. 2012/0079671

- Exhibit 6:  Excerpts from Deposition Transcript of Peter Gammack, dated December 10, 2014 (Redacted) (Sealed version submitted separately and filed at Dkt. 142)

- Exhibit 7:  Exhibit 9 to Deposition Transcript of Charles Mauro, dated January 27, 2015

- Exhibit 8:  Dyson Utility Patent, U.S. Patent No. 8,387,204

- Exhibit 9:  Excerpts from Dyson's Local Patent Rule 2.5 Validity Constructions

- Exhibit 10:  October 3, 2014 letter from John Evans (SharkNinja's counsel) to Ian Block (Dyson's counsel)

- Exhibit 11:  High-resolution scan of "ribbon copy" of Dyson's asserted U.S. Design Patent No. D668,010

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 11, 2015, at Cleveland, Ohio.

                                                                */s/ John C. Evans*
                                                                John C. Evans
                                                                jcevans@jonesday.com
                                                                JONES DAY
                                                                901 Lakeside Avenue
                                                                Cleveland, OH 44114
                                                                Telephone:  (216) 586-3939

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on December 11, 2015, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

*/s/ John C. Evans*