IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC. and<br>DYSON TECHNOLOGY LIMITED,<br><br>    *Plaintiffs, Counterclaim-Defendants*<br><br>    v.<br><br>SHARKNINJA OPERATING LLC and<br>SHARKNINJA SALES COMPANY,<br><br>    *Defendants, Counterclaim-Plaintiffs*. | Case No. 1:14-cv-00779<br><br>Judge John W. Darrah<br><br>**JURY TRIAL DEMANDED** |

**SHARKNINJA'S MOTION FOR LEAVE TO FILE MOTION FOR LETTERS OF REQUEST FOR THE DEPOSITIONS OF CERTAIN INDIVIDUALS IN THE UNITED KINGDOM, SINGAPORE, AND DENMARK**

Pursuant to the Court's Order of April 28, 2016 (Dkt. 218), SharkNinja respectfully moves this Court for leave to file a motion for letters of request for the depositions of certain individuals in the United Kingdom, Singapore, and Denmark. A copy of the proposed motion is attached as Exhibit 1.

SharkNinja submits that good cause supports leave to file this motion. In brief, there are three named inventors of the asserted patents who are no longer employed by Dyson. These inventors reside in the United Kingdom, Singapore, and Denmark. Counsel for Dyson (who also represents the ex-Dyson inventors) has indicated that they are refusing to appear for deposition voluntarily. Accordingly, SharkNinja respectfully requests this Court to issue Letters of Request to the Central Authorities of the United Kingdom, Singapore, and Denmark.

Counsel for SharkNinja inquired as to whether Dyson would oppose this motion, but Dyson did not take a position. Pursuant to the Court's Order of April 28, 2016 (Dkt. 218),

SharkNinja respectfully requests that the Court grant SharkNinja leave to file the attached motion.

Dated: July 15, 2016                                    Respectfully submitted,

/s/ John C. Evans
David L. Witcoff
dlwitcoff@jonesday.com
Justin M. Philpott
jmphilpott@jonesday.com
Patrick J. O'Rear
porear@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: (312) 782-3939

John G. Froemming
jfroemming@jonesday.com
Tracy A. Stitt
tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939

John C. Evans
jcevans@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939

*Attorneys for Defendants SharkNinja Operating LLC and SharkNinja Sales Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2016, the foregoing document was filed electronically through the Court's Electronic Case Filing System.  Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

      */s/  John C. Evans*
*An attorney for Defendants SharkNinja Operating, LLC and SharkNinja Sales Company*