IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC. and <br> DYSON TECHNOLOGY LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> SHARKNINJA OPERATING LLC and <br> SHARKNINJA SALES COMPANY, <br><br> *Defendants*. | Case No. 14-cv-779 <br><br> Judge John W. Darrah <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF PRESENTMENT OF MOTION

PLEASE TAKE NOTICE that, on Tuesday, August 2, at 9:30 a.m., or at such time as is convenient for the Court, Defendants SharkNinja Operating LLC and SharkNinja Sales Company (collectively "SharkNinja") shall appear before the Honorable John W. Darrah or any judge who may be sitting in his stead in Courtroom 1203, U.S. Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604, and shall then and there present its motion for leave to file a motion for letters of request for the depositions of certain individuals in the United Kingdom, Singapore, and Denmark (Dkt. 235).


Dated: July 15, 2016

/s/ *John C. Evans*
David L. Witcoff
dlwitcoff@jonesday.com
Justin M. Philpott
jmphilpott@jonesday.com
Patrick J. O'Rear
porear@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: (312) 782-3939

John G. Froemming
jfroemming@jonesday.com
Tracy A. Stitt
tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:  (202) 879-3939

John C. Evans
jcevans@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone: (216) 586-3939

*Attorneys for Defendants SharkNinja Operating LLC and SharkNinja Sales Company*

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on July 15, 2016, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

         /s/  *John C. Evans*