# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DYSON, INC. and <br> DYSON TECHNOLOGY LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> SHARKNINJA OPERATING LLC and <br> SHARKNINJA SALES COMPANY, <br><br> *Defendants*. | Case No. 14-cv-779 <br><br> Judge John W. Darrah <br> Magistrate Susan E. Cox <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF PRESENTMENT OF MOTION

PLEASE TAKE NOTICE that, on Wednesday, September 21, at 9:30 a.m., or at such time as is convenient for the Court, Defendants SharkNinja Operating LLC and SharkNinja Sales Company (collectively "SharkNinja") shall appear before the Honorable Susan E. Cox or any judge who may be sitting in her stead in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Room 1025, Chicago, Illinois, and shall then and there present its motion for letters of request for the depositions of certain individuals in the United Kingdom, Singapore, and Denmark (Dkt. 235-1), which was referred by Judge Darrah (Dkt. 265).

Dated:  September 12, 2016

       */s/  John C. Evans*
       David L. Witcoff
       dlwitcoff@jonesday.com
       Patrick J. O'Rear
       porear@jonesday.com
       JONES DAY
       77 West Wacker Drive
       Chicago, IL  60601-1692
       Telephone: (312) 782-3939

       John G. Froemming
       jfroemming@jonesday.com
       Tracy A. Stitt
       tastitt@jonesday.com
       JONES DAY
       51 Louisiana Avenue, N.W.
       Washington, DC  20001-2113
       Telephone:  (202) 879-3939

       John C. Evans
       jcevans@jonesday.com
       JONES DAY
       901 Lakeside Avenue
       Cleveland, OH  44114
       Telephone: (216) 586-3939

       *Attorneys for Defendants SharkNinja Operating LLC and SharkNinja Sales Company*

**<u>CERTIFICATE OF SERVICE</u>**

  The undersigned attorney hereby certifies that on September 12, 2016, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

        /s/ *John C. Evans*