IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC. and<br>DYSON TECHNOLOGY LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHARKNINJA OPERATING LLC and<br>SHARKNINJA SALES COMPANY,<br><br>    Defendants. | Civil Action No. 14-cv-779<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Susan E. Cox |

### DECLARATION OF JOHN C. EVANS IN SUPPORT OF SHARKNINJA'S MOTION FOR SUMMARY JUDGMENT OF <u>NON-INFRINGEMENT OR, IN THE ALTERNATIVE, INVALIDITY</u>

I, John C. Evans, an attorney duly licensed to practice before all courts of the State of Ohio and admitted *Pro Hac Vice* to practice before this Court in this action (Dkt. No. 19), declare under penalty of perjury that:

1.    I am a partner at Jones Day, and one of the attorneys of record for Defendants SharkNinja Operating LLC and SharkNinja Sales Company (collectively "SharkNinja"). I submit this declaration in support of the accompanying memorandum of law in support of SharkNinja's motion for summary judgment against Plaintiffs Dyson, Inc. and Dyson Technology Limited (collectively "Dyson"), pursuant to Federal Rule of Civil Procedure 56(a) in the above-captioned matter.

2.    Attached to this declaration are true and correct copies of the following documents cited in the accompanying memorandum of law and Local Rule 56.1(a)(3) statement of undisputed material facts:

| Exhibit | Description |
|---|---|
| 1 | Dyson's First Supplemental Responses and Objections to SharkNinja's Interrogatory No. 2 (2/8/2016) |
| 2 | Dyson Product Patent Marking Information (DY 00075181) |
| 3 | Internal SharkNinja Presentation |
| 4 | Excerpt of File History for U.S. Design Patent No. D668,010 |
| 5 | U.S. Design Patent No. D731,130 |
| 6 | U.S. Design Patent No. D731,133 |
| 7 | U.S. Design Patent No. D731,134 |
| 8 | U.S. Design Patent No. D731,102 |
| 9 | U.S. Design Patent No. D741,558 |
| 10 | U.S. Design Patent No. D741,571 |
| 11 | U.S. Design Patent No. D747,572 |
| 12 | U.S. Design Patent No. D731,720 |
| 13 | U.S. Design Patent No. D742,083 |
| 14 | U.S. Design Patent No. D738,583 |
| 15 | Excerpts from Deposition Transcript of Chris Gidwell (12/12/2014) |
| 16 | U.S. Design Patent No. D738,584 |
| 17 | U.S. Design Patent No. D745,231 |
| 18 | U.S. Design Patent No. D762,031 |
| 19 | Excerpts from Deposition Transcript of Chris Gidwell (10/27/2016) |
| 20 | Dyson's Second Supplementary Objections And Responses to SharkNinja's Interrogatory No. 4 |
| 21 | Expert Report of Charles Mauro Regarding Inventorship and Validity of U.S. Patent Nos. D577,163; D668,010; and D668,823 |
| 22 | Supplemental Expert Report of Charles Mauro Regarding Infringement of |

| Exhibit | Description |
|---|---|
|  | U.S. Patent Nos. D577,163; D668,010; and D668,823 |
| 23 | Manual for Dyson DC31 |
| 24 | Excerpts from Deposition Transcript of Timothy Stickney (8/12/2016) |
| 25 | U.K. Registered Design No. 4,010,242 |
| 26 | U.S. Design Patent No. D480,848 |
| 27 | Excerpts from Deposition Transcript of Charles Mauro (4/28/2017) |
| 28 | Excerpts from Deposition Transcript of Craig Welch (9/20/2016) |
| 29 | Exhibit 2 from the Deposition of Craig Welch |
| 30 | Exhibit 11 from the Deposition of Craig Welch |
| 31 | Excerpts from Deposition Transcript of Jessie Stricchiola (5/3/2017) |
| 32 | Excerpts from Expert Report of Jessie Stricchiola |
| 33 | Exhibit 259 from the Deposition of Jessie Stricchiola |
| 34 | Excerpts from Deposition Transcript of Alan Ball (4/21/2017) |
| 35 | Internal Dyson Email |
| 36 | Excerpts from Deposition of Dr. Ben Bederson (4/14/2017) |
| 37 | Internet Archive Screen Capture of What's the Best (11/14/2006) |
| 38 | Excerpts from Deposition Transcript of Peter Gammack (8/10/2016) |
| 39 | Declaration from Google Custodian of Records |
| 40 | Decision of European Patent Office (11/24/2016) |
| 41 | Exhibit to Decision of European Patent Office |
| 42 | Exhibit to Decision of European Patent Office |
| 43 | Screenshot of YouTube (8/8/2016) |
| 44 | Sketch Excerpted from Dyson Design Notebook |

| Exhibit | Description |
|---|---|
| 45 | Dyson's Objections and Responses to SharkNinja's Interrogatory No. 10 |
| 46 | Excerpts from Deposition Transcript of James Dyson (6/29/2016) |
| 47 | Excerpts from Deposition Transcript of Peter Gammack (12/10/2014) |
| 48 | Excerpts from Deposition Transcript of Will Milne (8/11/2016) |
| 49 | U.K. Patent Application GB 2035787 A |
| 50 | JP2002-85297A |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 15, 2017, at Cleveland, Ohio.

*/s/ John C. Evans*
John C. Evans
jcevans@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on May 15, 2017, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record. Service of a hardcopy of an unredacted sealed copy is also being made on chambers. Service of an electronic copy of unredacted sealed copy is also being made on all counsel of record via email.

             */s/ John C. Evans*