IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC. and <br> DYSON TECHNOLOGY LIMITED, <br> <br> *Plaintiffs, Counterclaim-Defendants* <br> <br> v. <br> <br> SHARKNINJA OPERATING LLC and <br> SHARKNINJA SALES COMPANY, <br> <br> *Defendants, Counterclaim-Plaintiffs*. | Case No. 1:14-cv-00779 <br> <br> Judge Robert M. Dow, Jr. <br> <br> Magistrate Judge Susan E. Cox <br> <br> **JURY TRIAL DEMANDED** |

**SHARKNINJA'S RESPONSE TO
DYSON'S MOTION FOR LEAVE TO FILE A SUR-REPLY
TO SHARKNINJA'S MOTION FOR LEAVE TO AMEND ITS
ANSWER AND COUNTERCLAIMS TO ASSERT INEQUITABLE CONDUCT**

As demonstrated in SharkNinja's filings in support of its Motion for Leave to Amend Its Answer and Counterclaims to Assert Inequitable Conduct, Dyson's counsel misled its inventors and the United States Patent & Trademark Office ("USPTO") into believing that James Dyson and Peter Gammack are the "correct" co-inventors, and that Timothy Stickney is not at least a co-inventor. *See* Dkt. 362, 455. Dyson's motion for leave and proposed sur-reply (Dkt. 495) are not only untimely (SharkNinja's reply was filed weeks ago, on June 15), but they also contain numerous misstatements of fact and law. Nevertheless, if the Court is willing to entertain additional briefing on this matter, SharkNinja will not oppose Dyson's motion for leave so long as SharkNinja is granted an opportunity to respond to the incorrect factual and legal statements in Dyson's proposed sur-reply. SharkNinja could file that response by July 27, 2017.

| | |
|---|---|
| Dated: July 11, 2017 | */s/ John C. Evans* |
| | David L. Witcoff |
| | dlwitcoff@jonesday.com |
| | Patrick J. O'Rear |
| | porear@jonesday.com |
| | JONES DAY |
| | 77 West Wacker Drive |
| | Chicago IL 60601-1692 |
| | Telephone: (312) 782-3939 |
| | |
| | John G. Froemming |
| | jfroemming@jonesday.com |
| | Tracy A. Stitt |
| | tastitt@jonesday.com |
| | JONES DAY |
| | 51 Louisiana Avenue, NW |
| | Washington, DC 20001 |
| | Telephone: (202) 872-3939 |
| | |
| | John C. Evans |
| | jcevans@jonesday.com |
| | JONES DAY |
| | 901 Lakeside Avenue |
| | Cleveland, OH 44114 |
| | Telephone: (216) 586-3939 |
| | |
| | *Attorneys for Defendants, Counterclaim-Plaintiff SharkNinja Operating, LLC and SharkNinja Sales Company* |

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on July 11, 2017, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

<u>/s/ John C. Evans</u>