ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Dyson, Inc. and Dyson Technology Limited,

Plaintiff(s),

v.

SharkNinja Operating Company LLC and
SharkNinja Sales Company,

Defendant(s).

Case No. 14-cv-779
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) SharkNinja Operating Company LLC and SharkNinja Sales Company
and against plaintiff(s) Dyson, Inc. and Dyson Technology Limited
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion for summary judgment.

Date: 3/29/2018          Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk