NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DYSON, INC., DYSON TECHNOLOGY LIMITED,**
*Plaintiffs - Appellants*

v.

**SHARKNINJA OPERATING LLC, SHARKNINJA SALES COMPANY,**
*Defendants - Appellees*

_____

18-1915

_____

Appeal from the United States District Court for the Northern District of Illinois in case no. 1:14-cv-00779 United States District Judge Robert M. Dow Jr.

_____

## O R D E R

The parties having so agreed, it is,

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs.

FOR THE COURT

August 1, 2018                    /s/ Peter R. Marksteiner
                                  Peter R. Marksteiner
                                  Clerk of Court


**ISSUED AS A MANDATE:** August 1, 2018